UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Sinigaglio, | Civil File No. 13-cv-00762 SRN/JJG |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Diversified Adjustment Service, Inc., | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**MARTINEAU, GONKO & VAVRECK, PLLC**

Dated:  5/29/13          By     s/Mark L. Vavreck
　　　　　　　　　　　　　　Mark L. Vavreck (ID No.: 318619)
　　　　　　　　　　　　　　Designers Guild Building
　　　　　　　　　　　　　　401 North Third Street, Suite 600
　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　T:  612-659-9500
　　　　　　　　　　　　　　F:  612-659-9220
　　　　　　　　　　　　　　Mvavreck@mgvlawfirm.com

**BASSFORD REMELE,** *A Professional Association*

Dated:  5/22/13          By     s/Susan E. Gustad
　　　　　　　　　　　　　　Michael A. Klutho (License #186302)
　　　　　　　　　　　　　　Susan E. Gustad (License #268008)
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　33 South Sixth Street, Suite 3800
　　　　　　　　　　　　　　Minneapolis, Minnesota  55402-3707
　　　　　　　　　　　　　　T: 612-333-3000
　　　　　　　　　　　　　　F: 612-333-8829
　　　　　　　　　　　　　　mklutho@bassford.com
　　　　　　　　　　　　　　sgustad@bassford.com