## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Sinigaglio,                                      Civil File No. 13-cv-00762 SRN/JJG

      Plaintiff,

vs.                                                     **ORDER FOR DISMISSAL**
                                                        **WITH PREJUDICE**

Diversified Adjustment Service, Inc.,

      Defendant.

Based upon the parties' Stipulation of Dismissal with Prejudice [Doc. No. 6],

**IT IS HEREBY ORDERED** that the Complaint is dismissed on its merits with prejudice

and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**


Dated:  May 30, 2013                          s/Susan Richard Nelson
                                              The Honorable Susan Richard Nelson
                                              Judge of United States District Court